## PILKEY *v.* GLEASON *et al.*

An amended return of the sheriff to the service of the original notice, cannot be made in this court.

A return of the service of an original notice, in the words following: "This came to hand the 26th August, 1854; served the within notice on the within named defendants, by reading to Silas S. Carpenter, John R. Craig. No copy of petition or notice demanded—within on the 26th day of August, 1854. Served on the Games Gleason, by leaving a copy at his residence, with a member of his family, over the age of fourteen years, to wit: his respected with—this 30th August, 1854," and signed by the sheriff, shows no sufficient service on Gleason, not only on the ground of variance between the names, but for the reason that there is not sufficient certainty as to the service on a member of his family.

*Appeal from the Davis District Court.*

SUIT was brought by Pilkey in the District Court of Davis county, against Stiles S. Carpenter, James Gleason and John R. Craig. The original notice was returned as follows:

"This came to hand the 26th August, 1854. Served the within notice on the within named defendants, by reading to Stiles S. Carpenter, John R. Craig. No copy of petition or notice demanded—within on the 26th day of August, 1854. Served on the *Games Gleason*, by leaving a copy at his residence, with a member of his family over the age of fourteen years, to wit: his respected with—this 30th August, 1854.

" WM. S. MARTIN, *Sheriff.*"

None of the defendants appeared, and judgment by default was rendered against all of them. Gleason appeals, and makes the following assignment of errors: 1. The

Houston, garnishee v. Walcott & Co.

court had no jurisdiction of his person; 2. He was not served with notice; 3. He had no day in court.. The appellee moved in this court, for leave to file an amended return of the sheriff to the service of the original notice..

*Knapp & Caldwell,* for the appellant..

*David P. Palmer,* for the appellee.

WOODWARD,. J.—The motion for leave to file an amended return of the sheriff to the service of the original notice in this cause, is overruled, upon the ground that such an amendment cannot be made in this court.

The only question presented by this record is, whether there was legal service upon Gleason? We cannot regard it as sufficient. The variance in the name, if intended for James. Gleason, is too great; and were he named properly, there is not sufficient certainty as to the service on a member of his family. The service is what gives jurisdiction of the person, and it ought to be reasonably clear and certain. The judgment is reversed as to Gleason, the appellant..